**Order entered August 31, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00439-CV

### QBE AMERICAS, INC. AND SONIA DIAZ, Appellants

### V.

### DEYLAN WALKER, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14300**

### ORDER

Before the Court are appellee's August 26, 2020 second motion for extension of time to file his brief and appellants' August 31, 2020 response in opposition. We **GRANT** the motion and **ORDER** the brief be filed no later than September 28, 2020. Because this is an accelerated appeal and appellants' brief was filed May 6, 2020, we caution appellee that further extensions will not be granted absent exigent circumstances.

/s/    KEN MOLBERG
       JUSTICE